**UNITED STATES DISTRICT COURT**

**OFFICE OF THE CLERK**

DISTRICT OF VERMONT

FEDERAL BUILDING

**BURLINGTON, VERMONT 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

JEFFREY S. EATON
CLERK

September 24, 2018

John L. Franco, Jr., Esq.
Law Offices of John L. Franco, Jr.
110 Main Street, Suite 208
Burlington, VT 05401-8451

Pietro J. Lynn, Esq.
Sean Toohey, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401

Brian S. Dunkiel, Esq.
Jonathan T. Rose, Esq.
Karen L. Tyler, Esq.
Dunkiel Saunders Elliott Raubvogel & Hand, PLLC
91 College Street
P.O. Box 545
Burlington, VT 05402-0545

Re:     *McGrew et al. v. City of Burlington, Vermont et al.*
        Docket No. 5:18-cv-58

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

Ian P. Carleton, Esq., Burlington, Vermont
Christopher L. Davis, Esq., Burlington, Vermont
Richard T. Cassidy, Esq., South Burlington, Vermont

The intention is that all parties strive to agree on one evaluator.[2]  If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C).  Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4). [3]

Regardless of the method, please note that you are required to file your selection with the Court by **October 11, 2018**.

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Emerson Howe*
Deputy Clerk
(802) 951-8113

---

[1]  A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2]  If selecting *any* evaluator from the full roster, use CM/ECF event *ENE Documents–Evaluator Selection Response.*
[3]  If stipulating to evaluator not on roster under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents–ENE by Stipulation.*