UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| BARBARA MCGREW, LYNN MARTIN, MICHAEL LONG, and STEVEN GOODKIND, Plaintiffs | * | Civil Action No. 5:18 cv 58 |
| v. | * | |
| CITY OF BURLINGTON, VERMONT, DEVONWOOD INVESTORS, LLC, and BTC MALL ASSOCIATES, LLC, Defendants | * | |

**DISCOVERY CERTIFICATE**

The undersigned certifies that he served the *Plaintiffs' Initial Disclosures* via electronic mail upon the following parties:

Brian Dunkiel, Esq.
Jonathan Rose, Esq.
Dunkiel Saunders Elliott Raubvogel & Hand LLC
91 College Street
Burlington, VT. 05401
at
bdunkiel@dunkielsaunders.com
and
jrose@dunkielsaunders.com

Pietro Lynn, Esq. and Sean M. Toohey, Esq
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT. 05401
at
plynn@lynnlawvt.com
and
stoohey@lynnlawvt.com

Law Office of John L. Franco, Jr. 110 Main Street Burlington, Vermont 05401
(802) 864-7207
johnfrancolaw@aol.com

Dated at Burlington, Vermont this 1st day of October, 2018.

/s/*John L. Franco, Jr.*
John L. Franco, Jr.
Attorney for Plaintiffs



Law Office of John L. Franco, Jr. 110 Main Street Burlington, Vermont 05401
(802) 864-7207
johnfrancolaw@aol.com