LAW OFFICES
OF

# **JOHN L. FRANCO, JR.**

110 Main Street, Suite 208
Burlington, Vermont 05401-8451
Telephone (802) 864-7207
email: johnfrancolaw@aol.com

October 9, 2018

Emerson Howe, Deputy Clerk
U.S. District Court
P.O. Box 945
Burlington, VT. 05402-0945

Re:   *Barbara McGrew et al. v City of Burlington, Vermont et al.*
      Case No. 5:18 cv 59

Dear Mr. Howe,

The plaintiffs wish to strike Ian Carleton as a potential ENE evaluator in this case under Local Rule 16.1(e)(1)(C).

Thank you for your attention to this matter.

Very truly yours,

/s/ *John L. Franco, Jr.*

John L. Franco, Jr.
Counsel to Plaintiffs