UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MCGREW ET AL.,

                    Plaintiff,

        v.

                                                    Docket No. 5:18-cv-00058

CITY OF BURLINGTON, VERMONT ET
AL.,

                    Defendant.

## MOTION TO WITHDRAW AS ENE

NOW COMES Christopher L. Davis, Esq. and hereby moves to withdraw as the Early

Neutral Evaluator in the above-captioned matter due my firm having a conflict of interest.

DATED at Burlington, Vermont this _____ day of October, 2018.

                                    LANGROCK SPERRY & WOOL, LLP


                                    ___/s/Christopher L. Davis, Esq. _____
                                    Christopher L. Davis
                                    PO Box 721, 210 College Street
                                    Burlington, VT 05402
                                    cdavis@langrock.com
                                    Phone:  (802) 864-0217


811675.1