UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| BARBARA MCGREW, LYNN MARTIN, MICHAEL LONG, and STEVEN GOODKIND, | * * * * | Civil Action No. 5:18 cv 58 |
| Plaintiffs | * * | |
| v. | * * | |
| CITY OF BURLINGTON, VERMONT, DEVONWOOD INVESTORS, LLC, and BTC MALL ASSOCIATES, LLC, | * * * * | |
| Defendants | * | |

## **DISCOVERY AND SERVICE CERTIFICATE**

The undersigned certifies that he served the *Plaintiffs' Responses to Devonwood Investors, LLC's and BTC Mall Associates, LLC's First Set of Requests for Production* via electronic mail upon, and that the CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to, the following NEF parties:

Brian Dunkiel, Esq.
Jonathan Rose, Esq.
Karen Tyler, Esq.
Dunkiel Saunders Elliott Raubvogel & Hand LLC
91 College Street
Burlington, VT. 05401
at
bdunkiel@dunkielsaunders.com
jrose@dunkielsaunders.com
-and-
ktylyer@dunkielsaunders.com


Pietro Lynn, Esq. and Sean M. Toohey, Esq
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT. 05401
at
Mdailey@lynnlawvt.com

1

Dated at Burlington, Vermont this 6th day of November, 2018.

                                              /s/ *John L. Franco, Jr.*
                                              John L. Franco, Jr.
                                              Attorney for Plaintiffs